UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIMI JAMES HAMILTON, | ) |
| Plaintiff, | ) No. CV-05-5007-MWL |
| | ) |
| | ) ORDER GRANTING PLAINTIFF'S |
| v. | ) MOTION TO VOLUNTARILY DISMISS |
| | ) SEAN MURPHY AND RONALD KNIGHT |
| JOSEPH LEHMAN, et al, | ) AS DEFENDANTS |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

BEFORE THE COURT is Plaintiff's request to dismiss Sean Murphy, and Ronald Knight as Defendants With Prejudice, construed as a Motion under Fed. R. Civ. P. 41(a)(2). (Ct. Rec. 27.) Plaintiff is a *pro se* prisoner incarcerated at the Washington State Penitentiary. Mary C. McLachlan, Assistant Attorney General, represents Defendants. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 24). Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion is **GRANTED;** the Complaint and claims against **DEFENDANTS SEAN MURPHY and RONALD KNIGHT** are **DISMISSED WITH PREJUDICE,** as requested by Plaintiff.

2. The District Court Executive is directed to file this Order and provide a copy to Plaintiff and counsel for Defendants.

ORDER GRANTING VOLUNTARY MOTION TO DISMISS - 1

1
2  DATED this 8th day of September 2005.
3
4                                          S/ Michael W. Leavitt
                                           MICHAEL W. LEAVITT
5                                     UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING VOLUNTARY MOTION TO DISMISS - 2