```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JIMI JAMES HAMILTON,            )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>     v.                         )<br>                                 )<br>JOSEPH LEHMAN, et al.,           )<br>                                 )<br>          Defendants.            )<br>_____) | NO. CV-05-5007-MWL<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO DISMISS |

BEFORE THE COURT is Plaintiff Jimi James Hamilton's October 31, 2005, motion to voluntarily dismiss the complaint with prejudice. (Ct. Rec. 42). On August 30, 2005, the parties consented to proceed before a magistrate judge. (Ct. Rec. 24). On November 1, 2005, Defendants filed a response indicating that they had no objection to Plaintiff's request to dismiss his complaint with prejudice. (Ct. Rec. 43)

Although the parties did not file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff's motion to dismiss (Ct. Rec. 42) is unopposed by Defendants (Ct. Rec. 43). Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), the undersigned grants Plaintiff's motion to voluntarily dismiss this action.

Accordingly, **IT IS ORDERED** that Plaintiff's Motion to Dismiss (Ct. Rec. 42) is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE.**

ORDER - 1

1 **IT IS FURTHER ORDERED** that all pending Motions[1] are **DENIED** as
2 moot.
3     **IT IS SO ORDERED**.  The District Court Executive is directed
4 to enter this Order, forward a copy to Plaintiff and close the
5 file.
6     DATED this 2nd day of November 2005.
7
8                                       S/ Michael W. Leavitt
                                      MICHAEL W. LEAVITT
9                                 UNITED STATE MAGISTRATE JUDGE

---

[1] Currently pending is Defendants' October 20, 2005, Motion to Quash a deposition (Ct. Rec. 20).